# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00285-CV

**Alan Rios, Appellant**

**v.**

**SHFC Wildhorse Land LLC d/b/a Wildhorse Flats, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-24-006566, THE HONORABLE JAMES LEE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on October 15, 2025. On October 31, 2025, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by November 10, 2025 would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

 

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed for Want of Prosecution

Filed: December 18, 2025